**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **U-Telco Utilities, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **16-1381277** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1903 US Rt 11** **Hastings, NY 13076** Number, Street, City, State & ZIP Code | **1877 US Rt 11** **Hastings, NY 13076** P.O. Box, Number, Street, City, State & ZIP Code |
| **Oswego** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **U-Telco Utilities, Inc.**                                    Case number *(if known)* _____
_____
Name

**7.**  **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5324_

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

| Debtor | **U-Telco Utilities, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11.** Why is the case filed in *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** Debtor's estimation of available funds

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** Estimated number of creditors

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** Estimated Assets

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** Estimated liabilities

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **U-Telco Utilities, Inc.**                                              Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **U-Telco Utilities, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 17, 2025**
MM / DD / YYYY

**X** **/s/ Rusty Moosbrugger**                              **Rusty Moosbrugger**
Signature of authorized representative of debtor           Printed name

Title   **Owner**

---

**18. Signature of attorney**

**X** **/s/ Peter A. Orville**                              Date **February 17, 2025**
Signature of attorney for debtor                           MM / DD / YYYY

**Peter A. Orville 1735935**
Printed name

**Orville & McDonald Law, P.C.**
Firm name

**30 Riverside Drive
Binghamton, NY 13905**
Number, Street, City, State & ZIP Code

Contact phone   **607-770-1007**        Email address

**1735935 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **U-Telco Utilities, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 17, 2025**    X **/s/ Rusty Moosbrugger**
            Signature of individual signing on behalf of debtor

                                   **Rusty Moosbrugger**
                                   Printed name

                                   **Owner**
                                   Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **U-Telco Utilities, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981537 El Paso, TX 79998 | | Loan | | | | $14,252.39 |
| Capital one bank USA P.O. Box 31293 Salt Lake City, UT 84131 | | Credit card | | | | $6,862.00 |
| CNH INDUSTRIAL CAPITAL PO Box 63048 Newark, NJ 07101 | | NEW HOLLAND C345 COMPACT TRACK LOADER | | $76,694.52 | $50,000.00 | $26,694.52 |
| Daimler Truck Financial Services USA LLC PO Box 4160 Carol Stream, IL 60197 | | 2024 FREIGHTLINER DUMP TRUCK | | $163,940.36 | $150,000.00 | $13,940.36 |
| David Anderson, CPA PO Box 1927 Cicero, NY 13039 | | | | | | $5,647.40 |
| FIRST CITIZENS BANK 155 Commerce Way Portsmouth, NH 03801 | | Grading Blade W/TILT PLATE PRO PLUS OS | | $26,432.40 | $5,000.00 | $21,432.40 |
| Ford Motor Credit P.O. Box 35910 Cleveland, OH 44135 | | 2022 FORD F550 | | $58,267.55 | $50,000.00 | $8,267.55 |
| Machinery Finance Resources, LLC 910 DAY HILL RD Windsor, CT 06095 | | 2021 LINKBELT 80 EXCAVATOR | | $41,163.98 | $25,000.00 | $16,163.98 |

Debtor  **U-Telco Utilities, Inc.**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Machinery Finance Resources, LLC 910 DAY HILL RD Windsor, CT 06095** | | **HYUNDAI 955A WHEEL LOADER** | | **$88,205.82** | **$50,000.00** | **$38,205.82** |
| **On Deck Capital 1400 Broadway New York, NY 10018** | | **Loan** | | | | **$91,839.00** |
| **On Deck Capital 1400 Broadway New York, NY 10018** | | **Line of credit** | | | | **$31,040.56** |
| **SUMITOMO MITSUI FINANCE AND LEASING CO., 666 3rd Ave., 8th Fl New York, NY 10017** | | **2021 SANDVIK QE 241 SCREENING PLANT** | | **$180,000.00** | **$100,000.00** | **$80,000.00** |
| Sunnycrest, Inc. 58 Prospect St. Auburn, NY 13021 | | | | | | **$5,998.05** |
| **The Huntington National Bank PO Box 77077 Minneapolis, MN 55480** | | **ASTEC STACKER** | | **$66,758.80** | **$35,000.00** | **$31,758.80** |
| **US Small Business Administration Office of General Counsel 130 South Elmwood Ave, Suite 540 Buffalo, NY 14202** | | **All assets** | | **$309,500.00** | **$78,250.00** | **$231,250.00** |
| **Wells Fargo Bank PO Box 77101 Minneapolis, MN 55480** | | **TRIMBLE** | | **$17,924.20** | **$1,000.00** | **$16,924.20** |

**Fill in this information to identify the case:**

Debtor name    **U-Telco Utilities, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

Part 1:    **Summary of Assets**

---

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $ _____ **544,250.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................    $ _____ **544,250.00**

---

Part 2:    **Summary of Liabilities**

---

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ **1,028,887.63**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ _____ **155,639.40**

4.    **Total liabilities** .............................................................................................................
    Lines 2 + 3a + 3b    $ _____ **1,184,527.03**

**Fill in this information to identify the case:**

Debtor name   **U-Telco Utilities, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **NBT Bank** | **Checking** | **0485** | **$250.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$250.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **U-Telco Utilities, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">Part 5:</td><td colspan="4"><b>Inventory, excluding agriculture assets</b></td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

<table>
<tr><td style="background:black;color:white">Part 6:</td><td colspan="4"><b>Farming and fishing-related assets (other than titled motor vehicles and land)</b></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

<table>
<tr><td style="background:black;color:white">Part 7:</td><td colspan="4"><b>Office furniture, fixtures, and equipment; and collectibles</b></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

<table>
<tr><td style="background:black;color:white">Part 8:</td><td colspan="4"><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2021 Delta trailer** | **$0.00** | | **$2,000.00** |
| 47.2. | **2022 Winston trailer paver special** | **$0.00** | | **$8,000.00** |
| 47.3. | **2017 Mack dump truck** | **$0.00** | | **$45,000.00** |
| 47.4. | **2022 FORD F550** | **$0.00** | | **$50,000.00** |
| 47.5. | **2024 FREIGHTLINER DUMP TRUCK** | **$0.00** | | **$150,000.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>2013 Bomag roller | **$0.00** | | **$10,000.00** |
| | **1998 Cat 320B excavator** | **$0.00** | | **$5,000.00** |

---

Debtor    **U-Telco Utilities, Inc.**                                    Case number *(If known)* _____
　　　　　Name

| | | |
|---|---|---|
| **2000 650 H LT Case Dozer** | $0.00 | $8,000.00 |
| **2021 LINKBELT 80 EXCAVATOR** | $0.00 | $25,000.00 |
| **TRIMBLE** | $0.00 | $1,000.00 |
| **2021 SANDVIK QE 241 SCREENING PLANT** | $0.00 | $100,000.00 |
| **HYUNDAI 955A WHEEL LOADER** | $0.00 | $50,000.00 |
| **ASTEC STACKER** | $0.00 | $35,000.00 |
| **Grading Blade W/TILT PLATE PRO PLUS OS** | $0.00 | $5,000.00 |
| **NEW HOLLAND C345 COMPACT TRACK LOADER** | $0.00 | $50,000.00 |

51.    **Total of Part 8.**                                                    | $544,000.00 |

　　　　Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
　　　　■ No
　　　　☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

**Part 9:**　　**Real property**

54. **Does the debtor own or lease any real property?**

　　　■ No.  Go to Part 10.
　　　☐ Yes Fill in the information below.

**Part 10:**　　**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　　■ No.  Go to Part 11.
　　　☐ Yes Fill in the information below.

**Part 11:**　　**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　　■ No.  Go to Part 12.
　　　☐ Yes Fill in the information below.

Debtor    **U-Telco Utilities, Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $250.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $544,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $544,250.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $544,250.00 |

**Fill in this information to identify the case:**

Debtor name  **U-Telco Utilities, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  CNH INDUSTRIAL CAPITAL**<br>Creditor's Name<br><br>**PO Box 63048**<br>**Newark, NJ 07101**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/2024**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**NEW HOLLAND C345 COMPACT TRACK LOADER**<br><br>Describe the lien<br>**UCC**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$76,694.52** | **$50,000.00** |
| **2.2  Daimler Truck Financial Services USA LLC**<br>Creditor's Name<br><br>**PO Box 4160**<br>**Carol Stream, IL 60197**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/2023**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2024 FREIGHTLINER DUMP TRUCK**<br><br>Describe the lien<br>**UCC**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $163,940.36 | $150,000.00 |

| Debtor | U-Telco Utilities, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**  **FIRST CITIZENS BANK**
Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Grading Blade W/TILT PLATE PRO PLUS OS**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,432.40        $5,000.00

---

**2.4**  **Ford Motor Credit**
Creditor's Name

**P.O. Box 35910**
**Cleveland, OH 44135**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 FORD F550**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$58,267.55        $50,000.00

---

**2.5**  **Machinery Finance Resources, LLC**
Creditor's Name

**910 DAY HILL RD**
**Windsor, CT 06095**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 LINKBELT 80 EXCAVATOR**

Describe the lien
**UCC**
**Is the creditor an insider or related party?**
☑ No

$41,163.98        $25,000.00

---

Debtor    **U-Telco Utilities, Inc.**

_____    Case number (if known) _____
Name

Creditor's email address, if known    ☐ Yes
_____    **Is anyone else liable on this claim?**

**Date debt was incurred**    ☐ No

**3/2022**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | **Machinery Finance Resources, LLC** | Describe debtor's property that is subject to a lien | $88,205.82 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name    **HYUNDAI 955A WHEEL LOADER**

**910 DAY HILL RD**
**Windsor, CT 06095**

Creditor's mailing address    **Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known    ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred**    ☐ No
**6/2022**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.7 | **SUMITOMO MITSUI FINANCE AND LEASING CO.,** | Describe debtor's property that is subject to a lien | $180,000.00 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name    **2021 SANDVIK QE 241 SCREENING PLANT**

**666 3rd Ave., 8th Fl**
**New York, NY 10017**

Creditor's mailing address    **Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known    ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred**    ☐ No
**7/2022**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| Debtor | U-Telco Utilities, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **The Huntington National Bank** | | $66,758.80 | $35,000.00 |
|---|---|---|---|---|

| 2.8 | **The Huntington National Bank** |
|---|---|
| | Creditor's Name |

**PO Box 77077
Minneapolis, MN 55480**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ASTEC STACKER**

$66,758.80          $35,000.00

Creditor's email address, if known

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**4/2023**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **US Small Business Administration** | | $309,500.00 | $78,250.00 |
|---|---|---|---|---|

| 2.9 | **US Small Business Administration** |
|---|---|
| | Creditor's Name |

**Office of General Counsel
130 South Elmwood Ave, Suite 540
Buffalo, NY 14202**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**

$309,500.00          $78,250.00

Creditor's email address, if known

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Wells Fargo Bank** | | $17,924.20 | $1,000.00 |
|---|---|---|---|---|

| 2.10 | **Wells Fargo Bank** |
|---|---|
| | Creditor's Name |

**PO Box 77101
Minneapolis, MN 55480**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**TRIMBLE**

$17,924.20          $1,000.00

Creditor's email address, if known

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

| Debtor | **U-Telco Utilities, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Date debt was incurred** | ☐ No |
| **5/2022** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,028,887.63 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CNH Industrial Capital America, LLC**<br>**5729 Washington Ave.**<br>**Racine, WI 53406** | Line  **2.1** | |
| **Daimler Truck Financial Services USA LLC**<br>**14372 Heritage Parkway, Ste. 400**<br>**Fort Worth, TX 76177** | Line  **2.2** | |
| **The Huntington National Bank**<br>**11100 Wayzata Blvd., Ste. 700**<br>**Hopkins, MN 55305** | Line  **2.8** | |
| **U.S. Small Business Administration**<br>**SBA Disaster Loan Service Center**<br>**2 North 20th St, Suite 320**<br>**Birmingham, AL 35203** | Line  **2.9** | |
| **Wells Fargo Bank**<br>**800 Walnut Street**<br>**Des Moines, IA 50309** | Line  **2.10** | |

---

| Fill in this information to identify the case: |
| --- |

Debtor name __U-Telco Utilities, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
| --- | --- | --- |
| **3.1** **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,252.39** |
| **3.2** **Nonpriority creditor's name and mailing address**<br>**Capital one bank USA**<br>**P.O. Box 31293**<br>**Salt Lake City, UT 84131**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Credit card__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,862.00** |
| **3.3** **Nonpriority creditor's name and mailing address**<br>**David Anderson, CPA**<br>**PO Box 1927**<br>**Cicero, NY 13039**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,647.40** |
| **3.4** **Nonpriority creditor's name and mailing address**<br>**On Deck Capital**<br>**1400 Broadway**<br>**New York, NY 10018**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$91,839.00** |

| Debtor | **U-Telco Utilities, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,040.56 |
|---|---|---|---|

**On Deck Capital**
**1400 Broadway**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Line of credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,998.05 |
|---|---|---|---|

**Sunnycrest, Inc.**
**58 Prospect St.**
**Auburn, NY 13021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **On Deck**<br>**101 W Colfax Avenue**<br>**Denver, CO 80202** | Line  **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **On Deck**<br>**101 W Colfax Avenue**<br>**Denver, CO 80202** | Line  **3.5**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 155,639.40 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 155,639.40 |

**Fill in this information to identify the case:**

Debtor name          **U-Telco Utilities, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name     **U-Telco Utilities, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Rusty Moosbrugger** | **1877 US Rt 11 Hastings, NY 13076** | **Machinery Finance Resources, LLC** | ☑ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.2 **Rusty Moosbrugger** | **1877 US Rt 11 Hastings, NY 13076** | **Machinery Finance Resources, LLC** | ☑ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.3 **Rusty Moosbrugger** | **1877 US Rt 11 Hastings, NY 13076** | **American Express** | ☐ D ____ ☑ E/F __3.1__ ☐ G ____ |
| 2.4 **Rusty Moosbrugger** | **1877 US Rt 11 Hastings, NY 13076** | **Capital one bank USA** | ☐ D ____ ☑ E/F __3.2__ ☐ G ____ |
| 2.5 **Rusty Moosbrugger** | **1877 US Rt 11 Hastings, NY 13076** | **CNH INDUSTRIAL CAPITAL** | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |

| Debtor | **U-Telco Utilities, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Rusty Moosbrugger | 1877 US Rt 11 Hastings, NY 13076 | Daimler Truck Financial Services USA LLC | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Rusty Moosbrugger | 1877 US Rt 11 Hastings, NY 13076 | FIRST CITIZENS BANK | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.8 | Rusty Moosbrugger | 1877 US Rt 11 Hastings, NY 13076 | Ford Motor Credit | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.9 | Rusty Moosbrugger | 1877 US Rt 11 Hastings, NY 13076 | The Huntington National Bank | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.10 | Rusty Moosbrugger | 1877 US Rt 11 Hastings, NY 13076 | On Deck Capital | ☐ D ____ ■ E/F __3.4__ ☐ G ____ |
| 2.11 | Rusty Moosbrugger | 1877 US Rt 11 Hastings, NY 13076 | On Deck Capital | ☐ D ____ ■ E/F __3.5__ ☐ G ____ |
| 2.12 | Rusty Moosbrugger | 1877 US Rt 11 Hastings, NY 13076 | SUMITOMO MITSUI FINANCE AND LEASING CO., | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.13 | Rusty Moosbrugger | 1877 US Rt 11 Hastings, NY 13076 | US Small Business Administration | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |

| Debtor | **U-Telco Utilities, Inc.** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Rusty**<br>**Moosbrugger** | **1877 US Rt 11**<br>**Hastings, NY 13076** | **Wells Fargo Bank** | ■ D  2.10<br>☐ E/F _____<br>☐ G _____ |

---

---

**Fill in this information to identify the case:**

Debtor name    **U-Telco Utilities, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$317,548.26** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$736,529.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **U-Telco Utilities, Inc.**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **U-Telco Utilities, Inc.**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Orville & McDonald Law, P.C.**<br>**30 Riverside Drive**<br>**Binghamton, NY 13905** | **Attorney Fees** | | **$10,262.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    **U-Telco Utilities, Inc.**                                Case number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Fulton Savings Bank** | **XXXX-6994** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 1/16/25** | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **U-Telco Utilities, Inc.**                                    Case number *(if known)* _____

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| | | |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 5

Debtor    U-Telco Utilities, Inc.                                             Case number (if known) _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **David Anderson, CPA**<br>**PO Box 1927**<br>**Cicero, NY 13039** | **1990-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **U-Telco Utilities, Inc.**                                        Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 17, 2025**

**/s/ Rusty Moosbrugger**                              **Rusty Moosbrugger**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re **U-Telco Utilities, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 10,662.00 |
| Prior to the filing of this statement I have received | $ | 10,662.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 17, 2025**

*Date*

/s/ Peter A. Orville

**Peter A. Orville 1735935**

*Signature of Attorney*

**Orville & McDonald Law, P.C.**
**30 Riverside Drive**
**Binghamton, NY 13905**
**607-770-1007  Fax: 607-770-1110**

*Name of law firm*

# United States Bankruptcy Court
### Northern District of New York

In re    **U-Telco Utilities, Inc.**        Case No. _____

                      Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rusty Moosbrugger**<br>**1877 US Rt 11**<br>**Hastings, NY 13076** | **common stock** | **100 shares** | **100% owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 17, 2025**              Signature   **/s/ Rusty Moosbrugger**

                                                        **Rusty Moosbrugger**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re    **U-Telco Utilities, Inc.**                                                                          ,

                                         Debtor                                 Case No.

                                                                                Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**16-1381277**

## <u>CERTIFICATION OF MAILING MATRIX</u>

    I,(we),  **Peter A. Orville 1735935**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    **February 17, 2025**

                                                           **/s/ Peter A. Orville**
                                                           **Peter A. Orville 1735935**
                                                           Attorney for Debtor/Petitioner
                                                           (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

American Express
P.O. Box 981537
El Paso, TX 79998


Capital one bank USA
P.O. Box 31293
Salt Lake City, UT 84131


CNH INDUSTRIAL CAPITAL
PO Box 63048
Newark, NJ 07101


CNH Industrial Capital America, LLC
5729 Washington Ave.
Racine, WI 53406


Daimler Truck Financial Services USA LLC
PO Box 4160
Carol Stream, IL 60197


Daimler Truck Financial Services USA LLC
14372 Heritage Parkway, Ste. 400
Fort Worth, TX 76177


David Anderson, CPA
PO Box 1927
Cicero, NY 13039


FIRST CITIZENS BANK
155 Commerce Way
Portsmouth, NH 03801


Ford Motor Credit
P.O. Box 35910
Cleveland, OH 44135


Machinery Finance Resources, LLC
910 DAY HILL RD
Windsor, CT 06095


On Deck
101 W Colfax Avenue
Denver, CO 80202

On Deck Capital
1400 Broadway
New York, NY 10018


Rusty Moosbrugger
1877 US Rt 11
Hastings, NY 13076


SUMITOMO MITSUI FINANCE AND LEASING CO.,
666 3rd Ave., 8th Fl
New York, NY 10017


Sunnycrest, Inc.
58 Prospect St.
Auburn, NY 13021


The Huntington National Bank
PO Box 77077
Minneapolis, MN 55480


The Huntington National Bank
11100 Wayzata Blvd., Ste. 700
Hopkins, MN 55305


U.S. Small Business Administration
SBA Disaster Loan Service Center
2 North 20th St, Suite 320
Birmingham, AL 35203


US Small Business Administration
Office of General Counsel
130 South Elmwood Ave, Suite 540
Buffalo, NY 14202


Wells Fargo Bank
PO Box 77101
Minneapolis, MN 55480


Wells Fargo Bank
800 Walnut Street
Des Moines, IA 50309

# United States Bankruptcy Court
## Northern District of New York

In re    __U-Telco Utilities, Inc.__                                          Case No. _____

                                              Debtor(s)                    Chapter    __11__


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __U-Telco Utilities, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


__February 17, 2025__                          /s/ Peter A. Orville
Date                                          **Peter A. Orville 1735935**
                                              Signature of Attorney or Litigant
                                              Counsel for   **U-Telco Utilities, Inc.**
                                              **Orville & McDonald Law, P.C.**
                                              **30 Riverside Drive**
                                              **Binghamton, NY 13905**
                                              **607-770-1007 Fax:607-770-1110**